**FILED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JUN 2 0 2018

**U.S. MAGISTRATE JUDGE
INDIANAPOLIS, INDIANA**

IN THE MATTER OF )
SEARCH WARRANT )
) Case Nos. 1:18-mj-0604
)

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Michelle P. Brady, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: *M. P. Brady*
Michelle P. Brady
Assistant United States Attorney